No. 8,024.—STATE, Respondent, *v.* ROSE HUSTED, Appellant.

Decided January 2, 1940.

PER CURIAM.—On petition of Appellant in propria persona it is ordered that her appeal in the above-entitled cause be dismissed.

*Messrs. W. E. Keely, James B. Castles* and *Donovan Worden,* Attorneys for Appellant.